NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
SKYLER F. CHO (Cal. Bar No. 285299)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2475
    Facsimile: (213) 894-0141
    E-mail:   skyler.cho@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-00684-CAS-34 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO COMPEL DISCOVERY |
| v. | |
| JAVIER GUTIERREZ, | |
| Defendant. | |

    The Court has read and considered (1) the government's unopposed ex parte application for a modified briefing schedule regarding defendant's Motion to Compel Discovery (the "Motion") and (2) the declaration of Assistant United States Attorney Skyler F. Cho, filed in this matter on August 7, 2018.  The Court hereby finds that the government's application and declaration provide good cause for a modification of the briefing schedule regarding the Motion.

//

//

//

//

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The government's Opposition to the Motion shall be filed no later than August 10, 2018.

2. The defendant's Reply shall be filed no later than August 17, 2018.

IT IS SO ORDERED.

August 8, 2018
DATE

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
SKYLER F. CHO
Assistant United States Attorney

**Cc: Pretrial Services**